## Commonwealth *v.* Goempel, et al., Appellants.

Submitted November 17, 1975. *Charles F. Haley*, Public Defender, for appellants; *Robert F. Hawk*, First Assistant District Attorney, and *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.